Decided February 14, 1992

## FRANK JACOBS *v.* HAROLD THOMAS

The defendant's petition for certification for appeal from the Appellate Court, 26 Conn. App. 305, is denied.

*Jeffrey J. Mirman,* in support of the petition.

*Kerry M. Wisser,* in opposition.

Decided February 14, 1992

## STATE OF CONNECTICUT *v.* WILLIAM A. JUPIN, JR.

The defendant's petition for certification for appeal from the Appellate Court, 26 Conn. App. 331, is denied.

*John T. Walkley,* in support of the petition.

*Richard F. Jacobson,* assistant state's attorney, in opposition.

Decided February 14, 1992

## JACQUELINE M. WHITING ET AL. *v.* PLANNING AND ZONING COMMISSION OF THE TOWN OF NORTH BRANFORD

The plaintiffs' petition for certification for appeal from the Appellate Court, 26 Conn. App. 933, is denied.

*Richard J. Smith, Jr.,* in support of the petition.

*John M. Gesmonde,* in opposition.

Decided February 14, 1992